COLUMBUS BAR ASSOCIATION *v.* CONNORS.

[Cite as *Columbus Bar Assn. v. Connors* (2000), 89 Ohio St.3d 370.]

(No. 99–2232—Submitted March 8, 2000—Decided July 19, 2000.)

*Bruce A. Campbell, Kristy J. Swope* and *Stanley D. Ross,* for relator.

*John J. Connors, Jr., pro se.*

**Per Curiam.** We adopt the findings, conclusions, and recommendation of the board. We hereby indefinitely suspend respondent from the practice of law. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

LUNDBERG STRATTON, J., not participating.